In the Matter of the Estate of CATHERINE A. NALLY, Deceased. JOHN J. BROWN, as Administrator of the Estate of CATHERINE A. NALLY, Deceased, Appellant; HELEN A. MURPHY, Respondent.— Appeal by the administrator

from a decree of the Surrogate's Court, Kings County, made in a discovery proceeding, adjudging that decedent made a valid gift of certain moneys to respondent and that the latter is the owner of the balance of the funds in her hands. Decree unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.